PROB 12B
(7/93)

Report Date: July 17, 2009

## United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Daniel Joseph Froehlich         Case Number: 2:02CR00258-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 4/30/2003              Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,   Date Supervision Commenced: 10/3/2008
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 77 Months; TSR - 36   Date Supervision Expires: 10/2/2011
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

### CAUSE

Pursuant to U.S. v Stephens, the above modification with the offenders consent is being submitted to Your Honor
for consideration.

                        I declare under penalty of perjury that the foregoing is true and correct.

                                    Executed on:    7-17-09
                                                    _____
                                                    Matthew L Thompson
                                                    U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

July 20, 2009
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____    Signed: _____
                Matthew L Thompson                          Daniel Joseph Froehlich
                U.S. Probation Officer                        Probationer or Supervised Releasee

_____July 17, 2009_____
Date